USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORIBERTO VILLAVA,

        Plaintiff,

-against-

ARKAN FOOD CORP., et al.,

        Defendant.

25-CV-6121 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff filed his complaint on July 25, 2025. (Dkt. 1.) Plaintiff served defendants Arkan Food Corp. and Sala Musaed on August 1, 2025 (Dkts. 8-9), making their answers due August 22, 2025. Although that date has come and gone, neither defendant has appeared or filed an answer to the complaint. To date, plaintiff has not requested a certificate of default.

    It is hereby ORDERED that, if either defendant has not answered or otherwise responded to the complaint before **September 12, 2025**, plaintiff shall, on that date, either file a stipulation granting additional time or apply for entry of default.

Dated: New York, New York
       August 29, 2025

**SO ORDERED.**

_____
**BARBARA MOSES
United States Magistrate Judge**